**DISMISS; and Opinion Filed September 17, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00862-CV

**YVONNE SIMMONS, Appellant**
**V.**
**SUN NLF LIMITED PARTNERSHIP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01212-C**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Before the Court is appellee's September 5, 2014 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. Appellant did not file a response to appellee's motion.

The clerk's record is past due. In a letter dated August 6, 2014, the Court notified appellant that we had received notice from the county clerk that the clerk's record had been prepared and would be filed when appellant paid the fee. We instructed appellant to provide this Court, within ten days, written verification that appellant has paid or made arrangements to pay the clerk's fee or written documentation that appellant has been found to proceed without advance payment of costs. We further cautioned appellant that failure to provide the documentation within the time requested may result in dismissal of the appeal for want of prosecution.

As of today's date, appellant has not responded to this Court's request.  Accordingly, we grant appellee's motion and dismiss the appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3(b) & (c).


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE


140862F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

YVONNE SIMMONS, Appellant

No. 05-14-00862-CV  V.

SUN NLF LIMITED PARTNERSHIP,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-01212-C.
Opinion delivered by Justice O'Neill.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SUN NLF LIMITED PARTNERSHIP recover its costs of this appeal from appellant YVONNE SIMMONS.

Judgment entered this 17th day of September, 2014.